LAWRENCE J. LOHEIT, CHAPTER 13 TRUSTEE
§341 MEETING OF CREDITORS REPORT

FILED
April 21, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002573692

04/15/2010
2:00:00PM

09-45010-E13L                0.00 %

ARDEN, JOHN GREGORY     ☐ DSO CASE

TRACK 63

Attorney:
PRO SE - DEBTOR

*Conv to Ch7*

|                  | Debtor 1 | Debtor 2 | Atty |
|------------------|----------|----------|------|
| Appeared Prior   | ☐        | ☐        | ☐    |
| Failed to Appear | ✓        | ☐        | ☐    |
| Appeared         | ☐        | ☐        | ☐    |
| Sworn            | ☐        | ☐        |      |
| Photo ID         | ☐        | ☐        |      |
| SS# ID           | ☐        | ☐        |      |
| Examined         | ☐        | ☐        |      |

LJL ___ /NLE ___ /OTHER ___

Creditor(s) Appeared: _____ NONE

✓ 341 Concluded  ☐ No OTC  ☐ As Amended  ☐ Refer for:  ☐ MTD  ☐ OTC  ☐ OT Exemptions
☐ No OTC ALA:
☐ MTC Needed & No Obj
☐ MTC Needed & No Obj ALA
☐ 341 Cont to: _____ @ _____  ☐ SSN/ID  ☐ Technical Cont: _____
341 Cont to: ☐ Sacramento, Rm 7A; ☐ Redding, Rm 200; ☐ Other _____

---

### ISSUES THAT NEED TO BE RESOLVED

☐ Failed to appear            ☐ Exceeds 60 mos                 ☐ No spousal waiver
☐ No or inadequate SS#/ / ID  ☐ No Proof of Adeq Prot Pmts
☐ Delinquent                  ☐ No Proof of Class 1 Pmts       ☐ Homestead issue
  ☐ plan payments             ☐ MTV/MTAL Problem
  ☐ 3rd party/other           ☐ Fails liquidation              ☐ Property descr. inadeq.
                              ☐ Exceeds debt limits
                              ☐ Not Feasible/Tight Budget      ☐ Over-exempt cars
☐ Paystubs
☐ Tax Return                  ☐ Not Best Effort/Good Faith     ☐ Over-exempt
☐ DSO WKS
☐ Case Dism 109g              ☐ Fixed Payment Issue            ☐ Incorrect exemptions
☐ Other
                              ☐ Other                          ☐ Other

*moot*

**341 NOTES**